JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. ACV 10-3719 |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| RAMONA AYALA, AKA RAMONA AYALA-JONES, | |
| Defendant, | |

Pursuant to the above stipulation of the parties and Federal Rules of Civil Procedure, Rule 55, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, RAMONA AYALA, AKA RAMONA AYALA-JONES, as to claim one, in the total amount of $1,469.15 and as to claim two the total amount of $2,877.24 for a total judgment amount of $4,346.39.

Dated: June 18, 2010

TERRI NAFISI, CLERK
United States District Court
Central District of California

L. Rayford
By: Deputy Clerk

1